JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL PESQUEIRA, | ) | NO. CV 05-02955 SJO (Ex) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

After considering the moving, opposing and reply papers, and all other matters presented to the Court, and finding that there are no triable issues of material fact which would prevent this Court from ruling on the following matters of law, IT IS HEREBY ORDERED THAT Defendants City of Los Angeles, William Bratton, James McDonnell, Sharon Papa and George Gascon's Motion for Partial Summary Judgment is GRANTED, in favor of Defendants on the causes of action listed below, based on the following:

**FIRST CAUSE OF ACTION**

1. Plaintiff's First Cause of Action under 42 U.S.C. § 1983 alleging retaliation for the exercise of First Amendment rights of freedom on speech is barred by his failure to state a claim for which relief can be granted as Plaintiff did not speak out as a citizen.

IT IS SO ORDERED.

Dated this 9th day of October, 2009.

*S. James Otero*

———————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE